PER CURIAM.
 

 Affirmed.
 
 See Aztec Med. Servs., Inc. v. Burger,
 
 792 So.2d 617 (Fla. 4th DCA 2001) (holding that claims under Florida’s Deceptive and Unfair Trade Practices Act (FDUTPA) are arbitrable);
 
 cf. Hialeah Auto., LLC v. Basulto,
 
 34 Fla. L. Weekly D248, D250, - So.3d -, -, 2009 WL 187584 (Fla. 3d DCA Jan. 28, 2009) (concluding that claims for declaratory or injunctive relief were not arbitrable where arbitration clause contained provision that arbitration award “shall be issued without a written opinion”).